ALLĀH, INCORPORATED

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

ATTENTION OF: LAURA A. BRIGGS, CLERK

CONCERN: ON 06/06/2007 I RECEIVED AN ORDER FROM LARRY McKINNEY, CHIEF JUDGE DISMISSING CIVIL ACTION 1:07-CV-597-LJM-TAB WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE. I DID NOT RECEIVE THE ORDER ENTERED MAY 11, 2007, NOR WAS THE DEFENDANT SERVED WITH A FILE COPY OF THE ACTION BY THIS PLAINTIFF. THIS IS A REQUEST FOR CORRECTIVE PROCESS.

7/17/2007        201-C145                    Allāh©
                                             14272034